B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Middle District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**GeneLink, Inc** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA GeneLink Biosciences, Inc; FDBA GeneWize Life Sciences, Inc** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**23-2795613** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**8250 Exchange Dr, Suite 120**<br>**Orlando, FL**<br><br>ZIP Code **32809** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **8250 Exchange Dr, Suite 120**<br>**Orlando, FL 32809** |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7       ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9            of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13          of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | (Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,      ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as          business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                                    Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **GeneLink, Inc** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>■ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)              (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **GeneLink, Inc** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Justin M. Luna** _____
Signature of Attorney for Debtor(s)

**Justin M. Luna 0037131** _____
Printed Name of Attorney for Debtor(s)

**Latham, Shuker, Eden & Beaudine, LLP** _____
Firm Name
**PO Box 3353**
**Orlando, FL 32802-3353**
Address

**(407) 481-5800  Fax: (407) 481-5801** _____
Telephone Number
**April 18, 2014**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Michael G. Smith** _____
Signature of Authorized Individual
**Michael G. Smith** _____
Printed Name of Authorized Individual
**COO and CFO** _____
Title of Authorized Individual
**April 18, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Middle District of Florida

In re   **GeneLink, Inc**                Case No.                    
                                          Debtor(s)       Chapter    **11**

# EXHIBIT "A" TO VOLUNTARY PETITION

1.  If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is    **000-30518** .

2.  The following financial data is the latest available information and refers to the debtor's condition on    **04/18/2014** .

a. Total assets                                         $                **998,901.00**

b. Total debts (including debts listed in 2.c., below)          $             **3,670,842.00**

c. Debt securities held by more than 500 holders:

                                                            Approximate number of holders:

| | | | | | | |
|---|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |

d. Number of shares of preferred stock                        **0**                    **0**

e. Number of shares common stock                    **267,535,356**           **0**

     Comments, if any:

3. Brief description of Debtor's business:
   **A Pennsylvania publicly-traded corporation with corporate and manufacturing offices in Orlando, Florida. The Company is a genomics biotechnology company engaged in genetic profile development, product development**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **CEDE & Co - 37.7% Shareholder**
   **Jon A Marshall - 16.3% Shareholder**
   **Robert Trussell, Robert/Martha Trussell Family Foundation**
      **and Robert Trussell Revocable Trust - 8.3% Shareholder**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re  **GeneLink, Inc**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Chesed Congregations of America**<br>**One State Street Plaza**<br>**29th Floor**<br>**New York, NY 10004** | **Chesed Congregations of America**<br>**One State Street Plaza**<br>**New York, NY 10004** | **Note** | | **1,460,000.00** |
| **Clinical Reference Laboratory**<br>**P.O. Box 802273**<br>**Kansas City, MO 64180-2273** | **Clinical Reference Laboratory**<br>**P.O. Box 802273**<br>**Kansas City, MO 64180-2273** | **Trade Debt** | | **16,302.30** |
| **Covington & Burling LLP**<br>**1201 Pennsylvania Ave NW**<br>**Washington, DC 20004-2401** | **Covington & Burling LLP**<br>**1201 Pennsylvania Ave NW**<br>**Washington, DC 20004-2401** | **Legal** | | **53,767.50** |
| **Eli Levitin**<br>**1222 East 22nd St.**<br>**Brooklyn, NY 11210** | **Eli Levitin**<br>**1222 East 22nd St.**<br>**Brooklyn, NY 11210** | **Note** | | **146,000.00** |
| **Foley Hoag, LLP**<br>**Seaport West**<br>**155 Seaport Blvd**<br>**Boston, MA 02210-2600** | **Foley Hoag, LLP**<br>**Seaport West**<br>**155 Seaport Blvd**<br>**Boston, MA 02210-2600** | **Legal** | | **609,422.97** |
| **Formulae Development Inc.**<br>**8 Crown Plaza, Suite 103A**<br>**Hazlet, NJ 07730** | **Formulae Development Inc.**<br>**8 Crown Plaza, Suite 103A**<br>**Hazlet, NJ 07730** | **Trade Debt** | | **12,143.30** |
| **Fox Rothschild LLP**<br>**2000 Market Street, 20th Floor**<br>**Philadelphia, PA 19103-3222** | **Fox Rothschild LLP**<br>**2000 Market Street, 20th Floor**<br>**Philadelphia, PA 19103-3222** | **Legal** | | **39,973.77** |
| **Hancock Askew & Co. LLP**<br>**PO Box 2486**<br>**Savannah, GA 31402** | **Hancock Askew & Co. LLP**<br>**PO Box 2486**<br>**Savannah, GA 31402** | **Audit Services** | | **28,421.49** |
| **Healthy ROI, LLC**<br>**11607 SW 90th Street**<br>**Miami, FL 33176** | **Healthy ROI, LLC**<br>**11607 SW 90th Street**<br>**Miami, FL 33176** | **Litigation** | **Disputed** | **24,798.05** |
| **J Giordano Securities Group**<br>**485 Lexington Ave, 25th Fl**<br>**New York, NY 10017** | **J Giordano Securities Group**<br>**485 Lexington Ave, 25th Fl**<br>**New York, NY 10017** | **Fee for sale of GW** | | **50,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re    **GeneLink, Inc**                                                                Case No. _____
                                                                Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Kingstone Heaven I, LLC<br>8240 Exchange Dr. C9<br>Orlando, FL 32809 | Kingstone Heaven I, LLC<br>8240 Exchange Dr. C9<br>Orlando, FL 32809 | Trade Debt | | 15,329.56 |
| McDonald Hopkins LLC<br>600 Superior Ave E Suite 2100<br>Cleveland, OH 44114 | McDonald Hopkins LLC<br>600 Superior Ave E Suite 2100<br>Cleveland, OH 44114 | Legal | | 33,496.54 |
| Michael Guerin<br>2800 E. Fawn Ct<br>Inverness, FL 34452 | Michael Guerin<br>2800 E. Fawn Ct<br>Inverness, FL 34452 | Note | | 219,000.00 |
| Mintz Levin<br>P.O. Box 4539<br>Boston, MA 02212-4539 | Mintz Levin<br>P.O. Box 4539<br>Boston, MA 02212-4539 | Legal | | 53,594.25 |
| National Jewish Labs<br>1400 Jackson Street<br>Denver, CO 80206 | National Jewish Labs<br>1400 Jackson Street<br>Denver, CO 80206 | Trade Debt | | 152,495.06 |
| Phillips, Michael<br>108 Mayfair St.<br>Hudson, PQ J0P1H0 | Phillips, Michael<br>108 Mayfair St.<br>Hudson, PQ J0P1H0 | Consulting | | 12,500.00 |
| Riggs, John<br>767 White Blossom Court<br>Powder Springs, GA 30127 | Riggs, John<br>767 White Blossom Court<br>Powder Springs, GA 30127 | Consulting | | 10,000.00 |
| Robert B. Trussell, Jr.<br>333 W. Vine Street, Suite 1520<br>Lexington, KY 40507 | Robert B. Trussell, Jr.<br>333 W. Vine Street, Suite 1520<br>Lexington, KY 40507 | Note | | 25,000.00 |
| Thomson Reuters<br>P.O. Box 6292<br>Carol Stream, IL 60197-6292 | Thomson Reuters<br>P.O. Box 6292<br>Carol Stream, IL 60197-6292 | Corp Filings | | 12,838.02 |
| Walsh, Jason - Settlement<br>162 West 13th Street #45<br>New York, NY 10011 | Walsh, Jason - Settlement<br>162 West 13th Street #45<br>New York, NY 10011 | Est. | | 13,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the COO and CFO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **April 18, 2014**                          Signature    **/s/ Michael G. Smith**
                                                    **Michael G. Smith**
                                                    **COO and CFO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re   **GeneLink, Inc** _____ ,

Debtor

Case No. _____

Chapter _____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **CEDE & Co 55 Water Street New York, NY 10041** | **Common** | **101,061,549** | **Shareholder** |
| **See Exhibit A attached hereto** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the COO and CFO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**April 18, 2014**_____

Signature **/s/ Michael G. Smith** _____

**Michael G. Smith**
**COO and CFO**

_Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0** __ continuation sheets attached to List of Equity Security Holders

**EQUITY SECURITY HOLDERS EXHIBIT A**

**Issue Name: GENELINK INC**                                                **Repo**

## <u>Shareholder List – All Shareholders</u>

| NAME | ADDRESS | SHARES |
|------|---------|-------:|
| A BERRY GOOD LIFE INC | 32 WILLOW AVE<br>WALNUT CREEK CA 94595-1617<br>UNITED STATES | 50,000.0000 |
| ABDELKADER EL MALLAH | 23 WHISPERING WAY<br>WARREN NJ 07059-5637<br>UNITED STATES | 200,000.0000 |
| ABRAHAM WIKLER | 143 LOST BALL CT<br>HENDERSON NV 89074-8346<br>UNITED STATES | 40,000.0000 |
| ADOLFO RESTREPO | 454 GALLINAS AVENUE #195<br>SAN RAFAEL CA 94903<br>UNITED STATES | 115,137.0000 |
| ADVANTAGE FUNDING INC | 2101 STONE CROFT ST<br>LAS VEGAS NV 89134<br>UNITED STATES | 610,500.0000 |
| ALEXANDER GANZERT | BOECKLINSTRASSE 1<br>FRANKFURT AM  60596<br>GERMANY | 5,000.0000 |
| ALI S AHMADINEJAD | 1501 LANSDOWNE AVE STE 207<br>DARBY PA 19023-1333<br>UNITED STATES | 18,000.0000 |
| ALLEN S PRINCE | 770 HARBOR BLVD UNIT 3F<br>DESTIN FL 32541-7507<br>UNITED STATES | 200,000.0000 |
| ANN GILBERT | 5808 SUMNER LN<br>BOSSIER CITY LA 71112-9614<br>UNITED STATES | 200,000.0000 |
| AVALON GROUP LTD | 1375 BROADWAY 6TH FLOOR<br>NEW YORK NY 10018<br>UNITED STATES | 24,000.0000 |
| BARBARA A RODILOSSO | 405 VINE AVE<br>GALLOWAY NJ 08205-4611<br>UNITED STATES | 1,000.0000 |
| BAY VAN NGUYEN | 152 SANDY COVE<br>HOUSTON TX 77058<br>UNITED STATES | 100,000.0000 |
| BENJAMIN DEYOUNG | 3 REDWOOD CT<br>SANDS POINT NY 11050-1121<br>UNITED STATES | 20,253.0000 |

**EQUITY SECURITY HOLDERS EXHIBIT A**

| | | |
|---|---|---|
| BENJAMIN LAWRENCE COHEN | 6720 ASHBROOK DR<br>FORT WORTH TX 76132-1140<br>UNITED STATES | 18,000.0000 |
| BERNARD KASTEN | 4360 27TH CT SW # 104<br>NAPLES FL 34116-7928<br>UNITED STATES | 2,500,000.0000 |
| BERNARD L KASTEN | 5000 TAFT PL<br>CINCINNATI OH 45243-3962<br>UNITED STATES | 5,084,535.0000 |
| BERNARD L KASTEN JR | 4380 27TH CT SW APT 104<br>NAPLES FL 34116-7938<br>UNITED STATES | 725,394.0000 |
| BRANDON PRINCE | PO BOX 6973<br>MIRAMAR BEACH FL 32550-1018<br>UNITED STATES | 200,000.0000 |
| BRODSKY LIVING TRUST | 1714 SE LAMBERT ST<br>PORTLAND OR 97202-6147<br>UNITED STATES | 2,000,000.0000 |
| CEDE & CO | 55 WATER STREET<br>NEW YORK NY 10041-9998<br>UNITED STATES | 101,061,549.0000 |
| CHARLES DECKER | 501 W HACIENDA AVE APT D19<br>CAMPBELL CA 95008-6560<br>UNITED STATES | 5,000.0000 |
| CHARLES MOSLEY | C/O DOGLEY VILLA 25A WOODSIDE<br>LODGE KIRKBURTON, HUDDERSFIELD<br>WEST YORKSHIRE  HD8 0PD<br>UNITED KINGDOM | 6,000.0000 |
| CHARLES P STROD & JUDY B STROD JT TEN | 710 KINKEAD RD<br>MCALESTER OK 74501-7713<br>UNITED STATES | 30.0000 |
| CHARLES S GOLDBERG | 2 WHALEN COURT<br>WEST ORANGE NJ 07052<br>UNITED STATES | 200,000.0000 |
| CHERYL WHITE | 13624 TAMIAMI TRAIL #231<br>NORTH PORT FL 34287<br>UNITED STATES | 200,000.0000 |
| CHESED CONGREGATION OF AMERICA | 1 STATE STREET PLZ FL 29<br>NEW YORK NY 10004-1515<br>UNITED STATES | 625,000.0000 |
| CHRIS HOLIDAY | 3201 SELLO LN UNIT 107<br>CARLSBAD CA 92009-6072<br>UNITED STATES | 100,000.0000 |
| CLAUS L WINTHER | 1225 OAKMOOR HTS<br>COLORADO SPRINGS CO 80906-1100<br>UNITED STATES | 40,000.0000 |

# EQUITY SECURITY HOLDERS EXHIBIT A

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | BUREAU OF UNCLAIMED PROPERTY BOX 1837 HARRISBURG PA 17105 UNITED STATES | 41,700.0000 |
| COMPTROLLER, STATE OF NEW YORK | OFFICE OF UNCLAIMED FUNDS 110 STATE ST FL 2 REMITTANCE CONTROL ALBANY NY 12236 UNITED STATES | 125,000.0000 |
| DANIEL BLISS | 9114 BAYSIDE COURT ORLANDO FL 32819 UNITED STATES | 1,000,000.0000 |
| DANISH MIR | 719 PINEBROOK BLVD NEW ROCHELLE NY 10804-2015 UNITED STATES | 425,250.0000 |
| DANNY J CHERFANE & RANIA D CHERFANE JT TEN | 966 PARK BLVD APT #11 CHERRY HILL NJ 08002 UNITED STATES | 100,000.0000 |
| DANY SFEIR | 1037 CORINTHIAN CT LEXINGTON KY 40509-2508 UNITED STATES | 300,000.0000 |
| DARRELL K STONE II | 4 FRANCINE PLACE MILLINGTON NJ 07946 UNITED STATES | 400,000.0000 |
| DAVID GUTRIDGE | 1335 LAVEROCK LN ALAMO CA 94507-1213 UNITED STATES | 1,000,000.0000 |
| DAVID LOPEZ DE QUINTANA & ROBERTA JOHNSON JT TEN | 10721 SW 146 CT MIAMI FL 33186 UNITED STATES | 200,000.0000 |
| DAVID W PETROVAY | 601 LEAHY ST SUITE 107 REDWOOD CITY CA 94061 UNITED STATES | 1,000.0000 |
| DAVID WIKLER & JACQUELINE WIKLER TEN COM | 2833 SUMTER VALLEY CIR HENDERSON NV 89052-6874 UNITED STATES | 18,182.0000 |
| DEANEAL CARLTONY FORBES | 220 VANBUREN STREET MASTIC NY 11950 UNITED STATES | 120,000.0000 |
| DEBORAH NGUNDAM | 12915 BAY HILL DR BELTSVILLE MD 20705-1189 UNITED STATES | 30,000.0000 |
| DEREK A JONES | 620 BUNKER DR TYLER TX 75703 UNITED STATES | 500,000.0000 |
| DONALD J CANNON | 4002 FAIRWAR OAKS COURT MULBERRY FL 33860 UNITED STATES | 36,000.0000 |

**EQUITY SECURITY HOLDERS EXHIBIT A**

| | | |
|---|---|---|
| DOROTHY HOEKSTRA MARITAL TRUST | C/O GENELINK 317 WEKIVA SPRINGS RD STE 200 LONGWOOD FL 32779-5950 UNITED STATES | 500,000.0000 |
| DOUGLAS MORRIS & BRENDA MORRIS JT TEN | 4516 SW ADMIRAL BYRD DR LEES SUMMIT MO 64082-4950 UNITED STATES | 50,000.0000 |
| EDWARD J STANKO | 1422 EAST 57TH STREET BROOKLYN NY 11234 UNITED STATES | 400,000.0000 |
| EDWARD P FODY & NANCY J KEIPE JT TEN | 6574 PARTRIDGE LN HOLLAND MI 49423-8965 UNITED STATES | 166,667.0000 |
| ELI INZLICHT SPREI | 1121 E 21ST ST BROOKLYN NY 11210-3615 UNITED STATES | 83,333.0000 |
| ELIZABETH ANNE JOHNSON | 111 S TROY AVE VENTNOR CITY NJ 08406-2651 UNITED STATES | 2,000.0000 |
| ENTREPRENEURIAL ADVANTAGE | 1550 UTICA AVE S STE 250 MINNEAPOLIS MN 55416-5380 UNITED STATES | 1,000,000.0000 |
| EVA M. GABOR | 4218 BLACKBERRY LN SOMIS CA 93066-9705 UNITED STATES | 50,000.0000 |
| F JAMES GEERS & COMPANY | 11400 GROOMS RD STE A112 BLUE ASH OH 45242-1435 UNITED STATES | 41,667.0000 |
| FIRST EQUITY CAPITAL SECURITIES INC | 2 OAKLAWN RD SHORT HILLS NJ 07078-1608 UNITED STATES | 1,300,000.0000 |
| FOX ROTHSCHILD LLP | 2000 MARKET ST FL 10 PHILADELPHIA PA 19103-7006 UNITED STATES | 100,000.0000 |
| FOX ROTHSCHILD O'BRIEN & FRANKEL | 2000 MARKET ST FL 10 PHILADELPHIA PA 19103-7006 UNITED STATES | 200,000.0000 |
| FRANK S HIJI | 91 PINO CT CAMARILLO CA 93010-1710 UNITED STATES | 256,282.0000 |
| GENE ELITE LLC | 1481 N OCEAN BLVD POMPANO BEACH FL 33062 UNITED STATES | 6,000,000.0000 |
| GENE EQUITY LLC | 805 SHADY LANE FARMINGTON NM 87401 UNITED STATES | 6,000,000.0000 |

**EQUITY SECURITY HOLDERS EXHIBIT A**

| | | |
|---|---|---|
| GEORGE M LEEDOM & VIRGINIA C LEEDOM JT TEN | 1486 MIRANDA LN WARMINSTER PA 18974-3636 UNITED STATES | 1,000.0000 |
| GEORGE W BOWERS | 12002 HADDINGTON CT FORT WAYNE IN 46814-9015 UNITED STATES | 6,000.0000 |
| GEORGE W BOWERS & ERMA J BOWERS IRREV GRANDCHILDREN'S TRUST | 12002 HADDINGTON CT FORT WAYNE IN 46814-9015 UNITED STATES | 24,000.0000 |
| GEORGIA REVENUE COMMISSIONER | 4125 WELCOME ALL RD SW ATLANTA GA 30349-1824 UNITED STATES | 20,811.0000 |
| GINGER LEE KAMINSKY | 204 OLD BELWOOD RD LAWNDALE NC 28090 | 500.0000 |
| GLENDON ARCHER | 30 VAILS LN OSSINING NY 10562-2707 UNITED STATES | 191,040.0000 |
| GRACE FERRERI CUST GABRIELLE FERRERI UNIF TRAN MIN ACT NV | 9024 LOGGERS MILL AVE LAS VEGAS NV 89143 UNITED STATES | 500.0000 |
| HAROLD H HARRISON MD PHD PC | 138 DOGWOOD LN LEWISBURG PA 17837 UNITED STATES | 66,000.0000 |
| HAROLD H. HARRISON, M.D.,P.C. | 138 DOGWOOD LN LEWISBURG PA 17837 UNITED STATES | 120,000.0000 |
| HENRY T LYNCH | C/O GENELINK, INC 113 TOWN SQUARE PL JERSEY CITY NJ 07310-1756 UNITED STATES | 20,000.0000 |
| HIAWASSEE HOME LLC | 3009 WINDING RIVER DRIVE NORTH MYRTLE BEACH SC 29582 UNITED STATES | 1,000,000.0000 |
| HUGH ZARETSKEY | 333 E 34TH ST APT 5B NEW YORK NY 10016-4957 UNITED STATES | 75,000.0000 |
| INVESTOR COMMUNICATIONS GROUP INC | 8619 S DIXIE HWY MIAMI FL 33143-7810 UNITED STATES | 15,000.0000 |
| JACQUES KHOURY | 751 JOHN BARRY DRIVE BRY MAWR PA 19010 UNITED STATES | 19,050.0000 |
| JAMES A MONTON | 11489 GRANDSTONE LN CINCINNATI OH 45249-3425 UNITED STATES | 775,000.0000 |

**EQUITY SECURITY HOLDERS EXHIBIT A**

| | | |
|---|---|---|
| JAMES D KASTEN | 6 JAMIE WAY<br>NORWALK OH 44857<br>UNITED STATES | 250,000.0000 |
| JAMES E FANNING | PO BOX 873<br>OTTAWA IL 61350-0873<br>UNITED STATES | 100.0000 |
| JAMES LUTZ | 8498 OWLWOODS LN<br>CINCINNATI OH 45243-1049<br>UNITED STATES | 500,000.0000 |
| JAMES W SIMPKINS | 7516 WESTWIND CT<br>FORT WORTH TX 76179-2825<br>UNITED STATES | 40,000.0000 |
| JARED WYLIE | 5 SPINNEYCROFT OXSHOTT<br>SURREY  KT22 OEL<br>UNITED KINGDOM | 300,000.0000 |
| JASON LEE | 4813 CHICHESTER HOUSE RD<br>OLNEY MD 20832-1890<br>UNITED STATES | 100,000.0000 |
| JEFFREY KANT | C/O GENELINK 113 TOWN SQUARE PL<br>JERSEY CITY NJ 07310-1756<br>UNITED STATES | 10,000.0000 |
| JEFFREY R BOCHICCHIO | 920 FOREST RD JEFFERSON HEIGHTS<br>LAKE ARIEL PA 18436<br>UNITED STATES | 9,000.0000 |
| JERRY L BURDICK | 5612 HIDDEN GLEN CT<br>WESTLAKE VILLAGE CA 91362-5409<br>UNITED STATES | 510,000.0000 |
| JERRY L RUYAN | 9468 MONTGOMERY RD<br>CINCINNATI OH 45242-7618<br>UNITED STATES | 1,666,667.0000 |
| JOAN MARIE BOWERS | 12002 HADDINGTON CT<br>FORT WAYNE IN 46814-9015<br>UNITED STATES | 18,000.0000 |
| JOHN E MCCONNAUGHY JR | 277 INDIAN ROCK RD<br>NEW CANAAN CT 06840-3120<br>UNITED STATES | 500,000.0000 |
| JOHN KOTAKIS | 43 PINE TREE DR<br>BROOMALL PA 19008-2740<br>UNITED STATES | 18,000.0000 |
| JOHN P KNEAFSEY | 252 VENETIAN DRIVE<br>DELRAY BEACH FL 33483<br>UNITED STATES | 160,000.0000 |
| JON A MARSHALL | PO BOX 187<br>KATY TX 77494<br>UNITED STATES | 45,000,000.0000 |

# EQUITY SECURITY HOLDERS EXHIBIT A

| | | |
|---|---|---|
| JOSEPH F BENTLEY & MAUREEN W BENTLEY JT TEN | 1202 TRIANO CIR<br>VENICE FL 34292-6417<br>UNITED STATES | 100,000.0000 |
| JOSEPH PETULLO | 614 N DERBY AVE<br>VENTNOR CITY NJ 08406-1313<br>UNITED STATES | 2,000.0000 |
| JUNE E MATHERLY | 86000 HULLS VALLEY RD<br>COVELO CA 95428-8515<br>UNITED STATES | 300.0000 |
| KAREN STERLING | 314 WEST 231ST STREET RIVERDALE<br>NEW YORK NY 10463<br>UNITED STATES | 19,600.0000 |
| KARLHEINZ BUCHEL | SCHWEFELSTRASSE 21 9490 VADUZ<br>LICHTENSTEIN<br>GERMANY | 1,000.0000 |
| KATIE HERN & BETTY HERN JT TEN | PO BOX 483<br>VIENNA MO 65582-0483<br>UNITED STATES | 50,000.0000 |
| KEITH BURLESON | 206 KNOX CREEK TRL NW<br>MADISON AL 35757-6802<br>UNITED STATES | 300,000.0000 |
| KENNETH ASTHEIMER | 209 KINLOCH RD<br>MANAKIN SABOT VA 23103-2911<br>UNITED STATES | 5,000.0000 |
| KENNETH LEVINE SEC PS PLAN | ATTN: ANTHONY CAPPIELLO 787 7TH AVE FL 36<br>NEW YORK NY 10019<br>UNITED STATES | 70,000.0000 |
| KENNETH R LEVINE | 2 OAKLAWN RD<br>SHORT HILLS NJ 07078-1608<br>UNITED STATES | 4,664,173.0000 |
| KIAM INTERESTS LTD | 6416 DYKES WAY<br>DALLAS TX 75230<br>UNITED STATES | 2,925,232.0000 |
| LARRY MORRIS | 2016 MOUNTJOY PLACE<br>LEXINGTON KY 40504<br>UNITED STATES | 100,000.0000 |
| LAWRENCE TAUB | 268 MONROE AVE<br>RIVER EDGE NJ 07661<br>UNITED STATES | 300,000.0000 |
| LEISA ELAINE BOWERS | 12002 HADDINGTON CT<br>FORT WAYNE IN 46814-9015<br>UNITED STATES | 12,000.0000 |
| LEON W SILVERMAN | 230 S BROAD ST FL 18<br>PHILADELPHIA PA 19102-4121<br>UNITED STATES | 20,000.0000 |

# EQUITY SECURITY HOLDERS EXHIBIT A

| | | |
|---|---|---|
| LINDA JACOBSON | 201 E 17TH ST APT 32C<br>NEW YORK NY 10003-3682<br>UNITED STATES | 125,000.0000 |
| LINDA NAVE | 1041 CEDAR RIDGE LANE<br>VERSAILLES KY 40383<br>UNITED STATES | 5,000.0000 |
| LISA VARGA | PO BOX 1426<br>BOULDER UT 84716-1426<br>UNITED STATES | 96,675.0000 |
| LORRAINE ARAQUISTAIN &<br>AGUSTIN ARAQUISTAIN JT<br>TEN | 8127 NW 27TH BLVD<br>GAINESVILLE FL 32606-8636<br>UNITED STATES | 200,000.0000 |
| LYNDA DAVEY | 276 WATER ST # 6<br>NEW YORK NY 10038-1757<br>UNITED STATES | 15,000.0000 |
| MARIA DEPHILLIPO | 100 S THURLOW AVE<br>MARGATE CITY NJ 08402-2413<br>UNITED STATES | 3,200.0000 |
| MARK J BARRON | PO BOX 1046<br>CHEYENNE WY 82003-1046<br>UNITED STATES | 400,000.0000 |
| MARSHALL M BECKER | 20 E 35TH ST APT 3F<br>NEW YORK NY 10016<br>UNITED STATES | 43,750.0000 |
| MARSHALL MACCREADY | 1613 VISTA LN<br>PASADENA CA 91103-1942<br>UNITED STATES | 1,500,000.0000 |
| MARY JUNE KASTEN | 4380 27TH ST APT 104<br>NAPLES FL 34116<br>UNITED STATES | 610,000.0000 |
| MCCARTHY FAMILY<br>IRREVOCABLE TRUST FBO<br>ANDREW MCCARTHY | 7772 OYSTER BAY LN<br>CINCINNATI OH 45244-2562<br>UNITED STATES | 500,000.0000 |
| MCCARTHY FAMILY<br>IRREVOCABLE TRUST FBO<br>DEVIN C MCCARTHY | 7772 OYSTER BAY LN<br>CINCINNATI OH 45244-2562<br>UNITED STATES | 500,000.0000 |
| MCCARTHY FAMILY<br>IRREVOCABLE TRUST FBO<br>MICHAEL MCCARTHY | 7772 OYSTER BAY LN<br>CINCINNATI OH 45244-2562<br>UNITED STATES | 500,000.0000 |
| MCCARTHY FAMILY<br>IRREVOCABLE TRUST FBO<br>RYAN MCCARTHY | 7772 OYSTER BAY LN<br>CINCINNATI OH 45244-2562<br>UNITED STATES | 500,000.0000 |
| MICHAEL BESEN | 24 WITTE PL<br>WEST ORANGE NJ 07052<br>UNITED STATES | 9,000,000.0000 |

**EQUITY SECURITY HOLDERS EXHIBIT A**

| | | |
|---|---|---|
| MICHAEL CORTESE | 68 POTTERS RUN<br>PRINCETON NJ 08540-7321<br>UNITED STATES | 150,000.0000 |
| MICHAEL M DAVIS | 727 N WASHINGTON AVE<br>HASTINGS NE 68901-4351<br>UNITED STATES | 800.0000 |
| MICHAEL P GUERIN &<br>MEMORY GUERIN JT TEN | 401 BAPTIST RD<br>CANTERBURY NH 03224<br>UNITED STATES | 1,000,000.0000 |
| MICHAEL SCHECHNER | 12 LAWRENCE DRIVE<br>SHORT HILLS NJ 07078<br>UNITED STATES | 500,000.0000 |
| MICHAEL SOBLE | 3455 SUN RIDGE DR<br>PARK CITY UT 84060-8801<br>UNITED STATES | 100,000.0000 |
| MICHAEL V DEFELICE | 19 FATHER PETER'S LN<br>NEW CANAAN CT 06840<br>UNITED STATES | 500,000.0000 |
| MILLENNIUM TRUST<br>COMPANY LLC CUST. FBO<br>JAMES T LUTZ IRA | 820 JORIE BLVD STE 420<br>OAK BROOK IL 60523-2284<br>UNITED STATES | 500,000.0000 |
| MOHAMMAD PIRAIEGAR | C/O PIRAIEGAR CHEMICALS PO BOX 71<br>PORT HUENEME CA 93044-0071<br>UNITED STATES | 120,000.0000 |
| MONTE E TAYLOR JR | 123 TARRYTOWN TRL<br>LONGWOOD FL 32750-3869<br>UNITED STATES | 11,250.0000 |
| MORGAN KEEGAN FBO<br>DOUGLAS G MITCHELL | 50 N FRONT ST<br>MEMPHIS TN 38103<br>UNITED STATES | 300,000.0000 |
| NANCY J KEIPE TRUST | 6574 PARTRIDGE LN<br>HOLLAND MI 49423-8965<br>UNITED STATES | 1,717,077.0000 |
| NANCY J KEIPE TRUST | 6574 PARTRIDGE LN<br>HOLLAND MI 49423-8965<br>UNITED STATES | 1,000,000.0000 |
| NATE DELIA | 100 S THURLOW AVE<br>MARGATE CITY NJ 08402-2413<br>UNITED STATES | 5,000.0000 |
| NEARY PENCO | DEPARTMENT OF THE TREASURY<br>UNCLAIMED PROPERTY 50 BARRACK ST<br>FL 6<br>TRENTON NJ 08608-2006 | 10,000.0000 |
| NFS/FMTC CUST FBO<br>DOUGLAS MORRIS | 200 LIBERTY ST 5NY<br>NEW YORK NY 10281<br>UNITED STATES | 400,000.0000 |

**EQUITY SECURITY HOLDERS EXHIBIT A**

| | | |
|---|---|---|
| NFS/FMTC CUST. FBO<br>BRENDA S MORRIS | 200 LIBERTY ST 5NY<br>NEW YORK NY 10281<br>UNITED STATES | 400,000.0000 |
| NICOLE E BERARDONI | 1514 E WILLIAMS ST<br>TEMPE AZ 85281-5917<br>UNITED STATES | 400.0000 |
| NOLAN WEINBERG &<br>SUSAN WEINBERG JT TEN | 5 STONE SNAIL LN<br>CINCINNATI OH 45242-5462<br>UNITED STATES | 1,000,000.0000 |
| NORMA MATHELY | 120 HANA HWY # 9 PMB 244<br>PAIA HI 96779-9745<br>UNITED STATES | 300.0000 |
| OFER FRIDFERTIG | 3001 SEIGNEURY DR<br>WINDEREMERE FL 34786<br>UNITED STATES | 500,000.0000 |
| ORVILLE H DOMINGO | 55 LLANGOLLEN LN<br>NEWTOWN SQUARE PA 19073-3136<br>UNITED STATES | 18,000.0000 |
| PAMELA A LOCATELL | 2855 KATHLEEN ST<br>RIVERSIDE CA 92506-4306<br>UNITED STATES | 2,000.0000 |
| PAMELA M OLSCAMP | 8552 CHAUCER PLACE<br>CINCINNATI OH 45249<br>UNITED STATES | 200,000.0000 |
| PATRICIA TRACIA N<br>KITTINGER | 510 KUHLMAN DR<br>VERSAILLES KY 40383<br>UNITED STATES | 5,000.0000 |
| PAULA ARENA | 9540 DOGWOOD ESTATES DR<br>GERMANTOWN TN 38139-5610<br>UNITED STATES | 2,000.0000 |
| PETER A GLICKLICH | 160 E 84TH ST APT 7H<br>NEW YORK NY 10028-0057<br>UNITED STATES | 1,037,500.0000 |
| PETER GLICKLICH | 31 SPARTA RD<br>SHORT HILLS NJ 07078-1364<br>UNITED STATES | 125,000.0000 |
| PETER PUGH | 77 GUTBRODT ROAD<br>MELROSE NY 12870<br>UNITED STATES | 300,000.0000 |
| R A HAMILTON CORP | 299 W FORT LEE RD<br>BOGOTA NJ 07603-1288<br>UNITED STATES | 25,000.0000 |
| R S NORTHUP | 1231 2ND ST<br>SARASOTA FL 34236-5500<br>UNITED STATES | 50,000.0000 |

**EQUITY SECURITY HOLDERS EXHIBIT A**

| | | |
|---|---|---|
| RAED KASEM | 3540 FLORIAN TER<br>PALM HARBOR FL 34685-2663<br>UNITED STATES | 200,000.0000 |
| RAFIQ ALQASEM | PO BOX 227072<br>MIAMI FL 33222-7072<br>UNITED STATES | 600,000.0000 |
| RANDOLPH H GOLDBERG PROFESSIONAL CORP | 4000 S EASTERN AVE STE 200<br>LAS VEGAS NV 89119-0847<br>UNITED STATES | 3,700.0000 |
| RAYMOND E DAYAN | 906 FIRST COURT<br>BROOKLYN NY 11223<br>UNITED STATES | 33,333.0000 |
| RBT INVESTMENTS LLC | 333 W VINE ST STE 1510<br>LEXINGTON KY 40507-1622<br>UNITED STATES | 8,750,001.0000 |
| RED KLOTZ & GLORIA KLOTZ JT TEN | 114 S OSBORNE AVE<br>MARGATE CITY NJ 08402-2530<br>UNITED STATES | 100.0000 |
| RENA ROWAN DAMONE & VIC DAMONE TEN COM | 200 VIA BELLARIA<br>PALM BEACH FL 33480-4901<br>UNITED STATES | 120,000.0000 |
| REYNALDO CORTEZ | 9344NW 50 DORAL CIRCLE N<br>DORAL FL 33178-2015<br>UNITED STATES | 500,000.0000 |
| RICHARD E ORWIG JR | 37 CANVASBACK CIR<br>BRIDGEVILLE DE 19933-2429<br>UNITED STATES | 150,000.0000 |
| RICHARD STRAUSSMAN & WENDY STRAUSSMAN TEN COM | 43 SILVER SPRING RD<br>SHORT HILLS NJ 07078-3120<br>UNITED STATES | 818,750.0000 |
| ROBERT AND MARTHA TRUSSELL FAMILY FOUNDATION | 501 SILVERSIDE RD<br>WILMINGTON DE 19809-1396<br>UNITED STATES | 4,166,667.0000 |
| ROBERT B TRUSSELL REVOCABLE TRUST | 167 W MAIN ST STE 1500<br>LEXINGTON KY 40507-1712<br>UNITED STATES | 5,000,000.0000 |
| ROBERT BURR & DORIS BURR JT TEN | 1314 FAIRVIEW AVE<br>BOWLING GREEN KY 42103-1456<br>UNITED STATES | 400,000.0000 |
| ROBERT G AUSTIN & ALICE N AUSTIN TEN COM | 200 CARPENTER PARK<br>VERSAILLES KY 40383<br>UNITED STATES | 200,000.0000 |
| ROBERT HAASE | KREUZBERGER RING 8<br>WIESBADEN  65025<br>GERMANY | 8,500.0000 |

**EQUITY SECURITY HOLDERS EXHIBIT A**

| | | |
|---|---|---|
| ROBERT J SCHWARZBERG | 17346 SAINT JAMES CT<br>BOCA RATON FL 33496-5941<br>UNITED STATES | 30,000.0000 |
| ROBERT KRIEGER | 245 E 63RD ST APT 601<br>NEW YORK NY 10065-7455<br>UNITED STATES | 1,100,000.0000 |
| ROBERT M SCHWARTZ &<br>NANCI R SCHWARTZ JT<br>TEN | 8 SHENANDOAH DRIVE<br>NORTH CALDWELL NJ 07006<br>UNITED STATES | 200,000.0000 |
| ROBERT P K KELLER | 4960 PENINSULA POINT DR<br>SEASIDE CA 93955-6509<br>UNITED STATES | 200,000.0000 |
| ROBERT P RICCIARDI | 137 W. GLEN FORGE RD<br>GLEN MILLS PA 19342<br>UNITED STATES | 2,710,000.0000 |
| ROBERT RICCIARDI | 831 NEWHALL RD<br>KENNETT SQ PA 19348-1333<br>UNITED STATES | 1,800,000.0000 |
| ROBERT SMIT | 425 LEXINGTON AVE<br>NEW YORK NY 10017-3903<br>UNITED STATES | 62,500.0000 |
| ROBERT TRUSSELL | 167 W MAIN ST SUITE 1500<br>LEXINGTON KY 40507-1713<br>UNITED STATES | 7,000,000.0000 |
| ROBERTO PENNO | C/O 2 OAKLAWN RD<br>SHORT HILLS NJ 07078<br>UNITED STATES | 900,000.0000 |
| ROGER JAY HOCHSTIN | 245 NIGHTINGALE TR<br>PALM BEACH FL 33480<br>UNITED STATES | 300,000.0000 |
| RONALD D'AGOSTINO &<br>JASMINE H D'AGOSTINO JT<br>TEN | 828 MCLAUGHLIN ST<br>RICHMOND CA 94805-1404<br>UNITED STATES | 75,000.0000 |
| RONALD S NORTHUP | 1231 2ND ST<br>SARASOTA FL 34236-5500<br>UNITED STATES | 170,152.0000 |
| ROYAL EMPIRE<br>VENTURES, INC 401(K)<br>PLAN | 333 E 34TH ST APT 5B<br>NEW YORK NY 10016-4957<br>UNITED STATES | 80,000.0000 |
| S & S FAMILY<br>PARTNERSHIP | 230 S BROAD ST<br>PHILADELPHIA PA 19102-4121<br>UNITED STATES | 6,225.0000 |
| SALLY BERGMANN | 11086 GOLF VIEW DRIVE<br>GALENA IL 61036<br>UNITED STATES | 1,000,000.0000 |

**EQUITY SECURITY HOLDERS EXHIBIT A**

| | | |
|---|---|---|
| SCOTT DEETZ | 4255 QUENTIN AVE<br>MINNEAPOLIS MN 55416-3234<br>UNITED STATES | 200,000.0000 |
| SCOTT SIMMS | 1267 WATERWITCH COVE CIR<br>ORLANDO FL 32806-7852<br>UNITED STATES | 168,000.0000 |
| SISTER ROSALINE WALTERS | 14 N JEROME AVE<br>MARGATE CITY NJ 08402-1516<br>UNITED STATES | 15,000.0000 |
| STANLEY E ALLRED | 929 CREEK XING<br>COPPELL TX 75019-6316<br>UNITED STATES | 1,000,000.0000 |
| STANLEY S BECKER | 7764 LAKESIDE BLVD APT 541<br>BOCA RATON FL 33434<br>UNITED STATES | 1,000,000.0000 |
| STANLEY S. BECKER | 7768 LAKESIDE BLVD APT 541<br>BOCA RATON FL 33434-6298<br>UNITED STATES | 3,633,333.0000 |
| STEPHEN LARKIN | 830 COVINGTON GROVE BLVD<br>BOWLING GREEN KY 42104-4663<br>UNITED STATES | 400,000.0000 |
| STEPHEN RAKOWER SEPARATE PROPERTY TRUST | 500 CARNATION<br>CORONA DEL MAR CA 92625<br>UNITED STATES | 300,000.0000 |
| STEVE GLASSMAN | 18 TUTTEN CT<br>MARLBORO NJ 07746-2800<br>UNITED STATES | 80,000.0000 |
| STEVE MOGAVERO | 571 STARBOARD DR<br>SAN MATEO CA 94404-1055<br>UNITED STATES | 60,000.0000 |
| STEVEN GLASSMAN IRA | 18 TOTTEN CT<br>MARLBORO NJ 07746<br>UNITED STATES | 150,000.0000 |
| STEVEN J LEIBLER | PO BOX 433428<br>SAN YSIDRO CA 92143-3428<br>UNITED STATES | 225,000.0000 |
| STEVEN LEIBLER | PO BOX 51330<br>IDAHO FALLS ID 83405<br>UNITED STATES | 572,500.0000 |
| STUART MACMILLAN | 506 ROXBURY DR<br>SAFETY HARBOR FL 34695-4428<br>UNITED STATES | 116,667.0000 |
| SUSAN E KASTEN | 6 JAMIE WAY<br>NORWALK OH 44857-9552<br>UNITED STATES | 187,500.0000 |

**EQUITY SECURITY HOLDERS EXHIBIT A**

| | | |
|---|---|---|
| SUZANNE STANFORD & MONT E TAYLOR & MICHAEL F TAYLOR & DARLENE A TAYLOR JT T | 2954 ECHOSASSA TRL OVIEDO FL 32765-7771 UNITED STATES | 16,000.0000 |
| SYLVIA LUONGO | 111 S TROY AVE VENTNOR CITY NJ 08406-2651 UNITED STATES | 4,525.0000 |
| TARGETED NUTRITIONALS LLC | C/O DR ALAN PRESSMAN 115 E 23RD ST FL 6 NEW YORK NY 10010-4508 UNITED STATES | 25,000.0000 |
| THE 1998 MACDONALD FAMILY TRUST TIMOTHY SUSAN CARMEN MACDONALD TTEES | 125 CAMINO DEL SOL VALLEJO CA 94591 UNITED STATES | 100,000.0000 |
| THOMAS FATH | 4137 TRADITION WAY LEXINGTON KY 40509 UNITED STATES | 75,000.0000 |
| TOM KNOWLES | 96 EASEDALE RD WAYNE NJ 07470-2487 UNITED STATES | 4,000.0000 |
| TOM WOOD | 47 COMMERCIAL WHARF APT 5 BOSTON MA 02110-3879 UNITED STATES | 255,000.0000 |
| TRAN QUAN TAN | 23436 KINGSTON PLACE VALENCIA CA 91354 UNITED STATES | 500,000.0000 |
| TYLER MACCREADY | 1613 VISTA LANE PASADENA CA 91103 UNITED STATES | 1,500,000.0000 |
| USURG ASSOCIATES INC DAVID M RAEZER PENSION/PROFITSHARE | 1505 LANSDOWNE AVE # 301 DARBY PA 19023-1332 UNITED STATES | 18,000.0000 |
| VIC DAMONE | 200 VIA BELLARIA PALM BEACH FL 33480-4901 UNITED STATES | 350,000.0000 |
| VINCENT P DIFABIO & ANN M DIFABIO TEN ENT | 1732 RIDGEWAY RD HAVERTOWN PA 19083-1614 UNITED STATES | 75,000.0000 |
| WALLSTREET CORNER COM INC ATTN LARRY OAKLEY | 26 CUTTER CIR BLUFFTON SC 29909-4309 UNITED STATES | 30,000.0000 |
| WILLIAM B HOFMANN & SHERRY B HOFMANN JT TEN | 27061 LAKE HARBOR CT APT 203 BONITA SPGS FL 34134-5640 UNITED STATES | 200,000.0000 |
| WILLIAM BLISS | 9114 BAY SIDE CT ORLANDO FL 32819-4038 UNITED STATES | 132,000.0000 |

**EQUITY SECURITY HOLDERS EXHIBIT A**

| | | |
|---|---|---|
| WILLIAM PARISI | 10408 EPPING LN<br>DALLAS TX 75229-6308<br>UNITED STATES | 151,499.0000 |
| WILLIAM ROGERS<br>QUISENBERRY<br>REVOCABLE TRUST | 4040 ESTANCIA WAY<br>MELBOURNE FL 32934<br>UNITED STATES | 140,000.0000 |
| WILLIE GLASS | 3820 SOUTH BLVD UNIT 8<br>ATLANTIC CITY NJ 08401<br>UNITED STATES | 2,000.0000 |
| WREN BROWNING | 6416 DYKES WAY<br>DALLAS TX 75230-1816<br>UNITED STATES | 500,000.0000 |
| YOLANDA WARDOWSKI | 200 EAST 94TH STREET APT 512<br>NEW YORK NY 10128<br>UNITED STATES | 5,000.0000 |
| | | |
| | **Total Shares:** | **267,535,356.0000** |
| | **Total Holders:** | **599** |

# United States Bankruptcy Court
## Middle District of Florida

In re __GeneLink, Inc_____    Case No. _____

                                        Debtor(s)    Chapter    __11_____

# VERIFICATION OF CREDITOR MATRIX

I, the COO and CFO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __April 18, 2014_____      __/s/ Michael G. Smith_____

                                                **Michael G. Smith**/COO and CFO
                                              Signer/Title

GeneLink, Inc
8250 Exchange Dr, Suite 120
Orlando, FL 32809

CEDE & Co
55 Water Street
New York, NY 10041

First Equity Capital Securities
2 Oaklawn Road
Short Hills, NJ 07078

.

Justin M. Luna
Latham, Shuker, Eden & Beaudine, LLP
PO Box 3353
Orlando, FL 32802-3353

Chesed Congregations
of America
One State Street Plaza
29th Floor
New York, NY 10004

Florida Air Technologies, LLC
524 Mid Florida Dr. Suite 204
Orlando, FL 32824

ACI
4100 S. Frontage Road, Suite 104
Lakeland, FL 33815

Clinical Reference Laboratory
P.O. Box 802273
Kansas City, MO 64180-2273

Florida Dept of Revenue
Attn:  Executive Director
5050 W Tennessee St
Tallahassee, FL 32399-0140

Advanced Concept Innovations
4100 S. Frontage Road
Suite 104
Lakeland, FL 33815

Covington & Burling LLP
1201 Pennsylvania Ave NW
Washington, DC 20004-2401

Foley Hoag, LLP
Seaport West
155 Seaport Blvd
Boston, MA 02210-2600

Apple One
P.O. Box 29048
Glendale, CA 91209-9048

DCR Advisory Solutions
10033 Rustic Ridge Court
Orlando, FL 32832

Fonality
5800 Granite Parkway, Suite 550
Plano, TX 75024

Bright House Networks
P.O. Box 31337
Tampa, FL 33631-3337

Donham Packaging
& Equipment Co
14200 Midway, Suite 106
Dallas, TX 75244

Formulae Development Inc.
8 Crown Plaza, Suite 103A
Hazlet, NJ 07730

Broadridge
P.O. Box 417106
Boston, MA 02241

Eli Levitin
1222 East 22nd St.
Brooklyn, NY 11210

Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222

Capsugel
P.O. Box 640091
Pittsburgh, PA 15264-0091

FedEx
P.O. Box 660481
Dallas, TX 75266-0481

Frisina, Louis
1461 Burgos Drive
Sarasota, FL 34238

CDW Computer Centers
c/o William M Lindeman, PA
PO Box 3506
Orlando, FL 32802

Fifth Third Bank - 4789
P.O. Box 740789
Cincinnati, OH 45274-0789

Full Spectrum Consulting Ltd
862 Ithaca Drive
Boulder, CO 80305

CDW Direct
PO Box 640091
Pittsburgh, PA 15264

Fifth Third Bank - 9516
P.O. Box 740789
Cincinnati, OH 45274-0789

GE Capital
P.O. Box 740441
Atlanta, GA 30374-0441

geneMe
PO Box 1148
Versailles, KY 40383

Maghoha Pierce
440 Lake Bennett Court
Longwood, FL 32750

Premium Assignment Corp
P.O. Box 8000
Tallahassee, FL 32314-8000

Hancock Askew & Co. LLP
PO Box 2486
Savannah, GA 31402

McDonald Hopkins LLC
600 Superior Ave E Suite 2100
Cleveland, OH 44114

Progress Energy
P.O. Box 33199
St, PE 33733-8199

Harrison, Harold
138 Dogwood Lane
Lewisburg, PA 17837

MDA Aritechts
725 Primera Blvd, Suite 230
Lake Mary, FL 32746

Riccardi, Robert
831 Newhall Rd.
Kennett Square, PA 19348

Healthy ROI, LLC
11607 SW 90th Street
Miami, FL 33176

Michael Guerin
2800 E. Fawn Ct
Inverness, FL 34452

Ricciardi, Robert
831 Newhall Rd.
Kennett Square, PA 19348

Hudson Security Systems, Inc
1360 Minnesota Ave
Winter Park, FL 32789

Mintz Levin
P.O. Box 4539
Boston, MA 02212-4539

Riggs, John
767 White Blossom Court
Powder Springs, GA 30127

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

National Jewish Labs
1400 Jackson Street
Denver, CO 80206

Rimco
6344 All American Blvd
Orlando, FL 32810

J Giordano Securities Group
485 Lexington Ave, 25th Fl
New York, NY 10017

Office Depot
P.O. Box 633211
Cincinnati, OH 45263-3211

Robert B. Trussell, Jr.
333 W. Vine Street, Suite 1520
Lexington, KY 40507

Joshua M Sachs, Esq
Henderson Sachs, PA
8240 Exchange Dr, #6
Orlando, FL 32809

Orange County Tax Collector
Attn:  Scott Randolph
200 S Orange Ave, Suite 1600
Orlando, FL 32801

Rosenfeld & Kaplan LLP
1180 Avenue of the Americas Suite 19
New York, NY 10036

Kingstone Heaven I, LLC
8240 Exchange Dr. C9
Orlando, FL 32809

Phillips, Michael
108 Mayfair St.
Hudson, PQ J0P1H0

SEC
Branch of Reorganization
3475 Lenox Rd NE #1000
Atlanta, GA 30326

Kingstone Heaven II, LLC
8240 Exchange Dr. C9
Orlando, FL 32809

Port St. Lucie Broadcasters
4100 Metzger Rd.
Ft. Pierce, FL 34947

See Exhibit A
attached hereto

Seminole Office Solutions
762 Big Tree Drive
Longwood, FL 32750

Zep Sales & Service
P.O. Box 404628
Atlanta, GA 30384-4628

Shred-It
P.O. Box 905281
Charlotte, NC 28290-5281

Zies Widerman & Malek
1990 West Haven Ave. Suite 201
Melbourne, FL 32904

Smith, Jason
139 South Hill Rd
Versailles, KY 40383

Terminix
P.O. Box 742592
Cincinnati, OH 45274-2592

Thomson Reuters
P.O. Box 6292
Carol Stream, IL 60197-6292

TW Telecom
P.O. Box 172567
Denver, CO 80217-2567

Uline
2200 S. Lakeside Drive
Waukegan, IL 60085

UPS
P.O. Box 7247-0244
Philadelphia, PA 19170-0001

UPS Freight
PO Box 533238
Charlotte, NC 28290

Walsh, Jason - Settlement
162 West 13th Street #45
New York, NY 10011