**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:

GeneLink, Inc.,                               CASE NO. 6:14-bk-04475-KSJ
           Debtor.                     CHAPTER 11
_____/

**UNITED STATES TRUSTEE'S APPOINTMENT**
**AND NOTICE OF APPOINTMENT OF COMMITTEE**
**OF CREDITORS HOLDING UNSECURED CLAIMS**

Pursuant to 11 U.S.C. Section 1102(a), the Acting United States Trustee for Region 21, Guy G. Gebhardt, appoints the following creditors to serve on the committee of creditors holding unsecured claims:

| | |
|---|---|
| DR. MICHAEL S. PHILLIPS<br>108 Mayfair St.<br>Hudson, Quebec<br>J0P 1H0 CANADA<br>Tel.: (514) 880-4806<br>Email: pgxdoc@gmail.com | JOHN F. RIGGS, D.B.A.<br>767 White Blossom Ct.<br>Powder Springs, GA 30127<br>Tel.: (770) 841-2692<br>Email: ArkVisum@comcast.net |
| HANCOCK ASKEW & CO., LLP<br>Michael T. McCarthy, Managing Partner<br>PO Box 2486<br>Savannah, GA 31402<br>Tel.: (912) 234-8243<br>Fax: (912) 236-4414<br>Email: mmccarthy@hancockaskew.com | CHESED CONGREGATIONS OF AMERICA<br>c/o Eli Levitin<br>One State Street Plaza, Floor 29<br>New York, NY 10004<br>Tel.: (212) 412-9103<br>Fax: (212) 412-9170<br>Email: Eli@wolfsongroup.com |
| HEALTHY ROI, LLC<br>c/o Lois Galardi<br>10721 SW 146th Ct.<br>Miami, FL 33186<br>Tel.: (305) 389-0506<br>Email: info@healthyroi.net | |

Additional creditors may be added to the Committee.

DATED:    May 5, 2014

>GUY G. GEBHARDT,
>ACTING UNITED STATES TRUSTEE,
>REGION 21
>
>/s/    Timothy S. Laffredi
>Timothy S. Laffredi, Trial Attorney
>Wisconsin Bar No.: 1055133
>Office of the United States Trustee
>U.S. Department of Justice
>400 W. Washington Street, Suite 1100
>Orlando, FL 32801
>Telephone No.:   (407) 648-6301, Ext. 130
>Facsimile No.:    (407) 648-6323
>Email: timothy.s.laffredi@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this Notice of Appointment of Committee of Creditors Holding Unsecured Claims has been furnished by CM/ECF on May 5, 2014 to all parties appearing electronically in the matter, and by e-mail and U.S. Mail to the members of the committee at the addresses as set forth above, and by U.S. Mail to the Debtor at the following address:

GeneLink, Inc.
8250 Exchange Drive
Suite 120
Orlando, FL 32809

>    /s/    Timothy S. Laffredi
>Timothy S. Laffredi, Trial Attorney