**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

**In re:**

**GeneLink, Inc.,**  CASE NO. 6:14-bk-04475-KSJ
   **Debtor.**    CHAPTER 11
_____/

**UNITED STATES TRUSTEE'S AMENDMENT TO NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**

Pursuant to 11 U.S.C. Section 1102(a), the Acting United States Trustee for Region 21, Guy G. Gebhardt (UST), filed a Notice of Appointment of Committee of Creditors Holding Unsecured Claims on May 5, 2014 (Dkt. No. 41) (the "Notice of Appointment"). The UST hereby files this Amendment to the Notice of Appointment to reflect that CHESED CONGREGATIONS OF AMERICA is replaced by ELI LEVITIN, in his individual capacity, as a member of the Committee. Mr. Levitin's contact information remains the same as reflected in the Notice of Appointment, and is as follows:

> ELI LEVITIN
> One State Street Plaza, Floor 29
> New York, NY 10004
> Tel.: (212) 412-9103
> Fax: (212) 412-9170
> Email: Eli@wolfsongroup.com

This Amendment does not affect the makeup of the remaining members of the Committee.

DATED:   May 6, 2014           GUY G. GEBHARDT,
                               ACTING UNITED STATES TRUSTEE,
                               REGION 21

1

>*/s/    Timothy S. Laffredi*
>Timothy S. Laffredi, Trial Attorney
>Wisconsin Bar No.: 1055133
>Office of the United States Trustee
>U.S. Department of Justice
>400 W. Washington Street, Suite 1100
>Orlando, FL 32801
>Telephone No.:   (407) 648-6301, Ext. 130
>Facsimile No.:    (407) 648-6323
>Email: timothy.s.laffredi@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of this Amendment to Notice of Appointment of Committee of Creditors Holding Unsecured Claims has been furnished by CM/ECF on May 6, 2014 to all parties appearing electronically in the matter, and by e-mail to the members of the committee at the addresses as set forth in the Notice of Appointment (Dkt. No. 41), and by U.S. Mail to the Debtor at the following address:

GeneLink, Inc.
8250 Exchange Drive
Suite 120
Orlando, FL 32809

>*/s/    Timothy S. Laffredi*
>Timothy S. Laffredi, Trial Attorney